THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-5181
    Email: Gavin.Greene@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    vs.<br><br>MARGARET A. ELLIOTT,<br><br>        Respondent. | Case No. SACV07-1259 AG (SSx)<br><br>ORDER TO SHOW CAUSE |

    Upon the Petition and supporting Memorandum of Points and Authorities,
and the supporting Declaration to the Petition, the Court finds that Petitioner has
established its *prima facie* case for judicial enforcement of the subject Internal
Revenue Service (IRS) summons.  *See United States v. Powell*, 379 U.S. 48, 57-58,
85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also Crystal v. United States*, 172 F.3d
1141, 1143-1144 (9th Cir. 1999); *United States v. Jose*, 131 F.3d 1325, 1327 (9th
Cir. 1997); *see also Fortney v. United States*, 59 F.3d 117, 119-120 (9th Cir. 1995)
(the Government's *prima facie* case is typically made through the sworn
declaration of the IRS agent who issued the summons); *accord United States v.
Gilleran*, 992 F.2d 232, 233 (9th Cir. 1993).

1

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. 10D of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California, 92701, on Monday, <u>February 25, 2008</u>, at 10:00 a.m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject IRS summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the IRS or the United States Attorney's Office, by personal delivery or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

///
///
///

2

1    **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings

2    will be considered on February 25, 2008 at 10:00 a.m..  Only those issues raised

3    by motion or brought into controversy by the responsive pleadings and supported

4    by sworn statements filed within ten (10) days after service of the herein

5    described documents will be considered by the Court.  All allegations in the

6    Petition not contested by such responsive pleadings or by sworn statements will

7    be deemed admitted.

8

9    DATED:  February 07, 2008

10

11

12                                        _____

13                                        U.S. DISTRICT COURT JUDGE

14   Presented By:

15   THOMAS P. O'BRIEN
     United States Attorney
16   SANDRA R. BROWN
17   Assistant United States Attorney
     Chief, Tax Division
18

19

20   _____
     GAVIN L. GREENE
21   Assistant United States Attorney
22   Attorneys for the United States of America, Petitioner

23

24

25

26

27

28

                                        3